**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

DANIEL BRANDT BEASLEY,            *
                                 *
       Plaintiff,                *
                                 *
       v.                        *          CV 118-007
                                 *
SPEK CLOUD, INC. and STEPHEN     *
A. SPIVEY, JR.,                  *
                                 *
       Defendants.               *

---

**O R D E R**

---

On April 29, 2019, the Court granted the Parties' Joint Motion to Approve Settlement. (Doc. 25.) The Order directed the parties to promptly execute dismissal documents and left the matter open until such time. On November 4, 2020, Plaintiff's counsel notified the Court that a dismissal has not been filed because Defendants have yet to pay the full settlement amount. (Doc. 27.) Because the settlement agreement has already been filed with the Court, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this action, and retains jurisdiction to enforce the settlement agreement.[1] See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736, at *3 n.7 (S.D. Ga. June 9, 2008).

---

[1] Administratively closing the case does not prejudice the rights of the Parties. It is a docket control device used by the Court for statistical purposes.

The Parties shall file an update with the Court every **SIXTY (60) DAYS** until all payments have been finalized, and at that time the Parties shall file a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41.

**ORDER ENTERED** at Augusta, Georgia, this 3/ˢᵗ day of March, 2021.

_____

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA